HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
JACOB BELFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  1:13-cr-00048 LJO-BAM-1 |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO ADVANCE |
| | ) SENTENCING HEARING |
| vs. | ) |
| | ) DATE:   December 12, 2016 |
| JACOB BELFORD, | ) TIME:    8:30 a.m. |
| | ) JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | ) |
| | ) |
| _____ | ) |

IT IS HEREBY STIPULATED by and between the parties hereto, through their

respective counsel, that the sentencing hearing on the supervised release violation in the above-

captioned matter now set for December 19, 2016 may be advanced to December 12, 2016 at 8:30

a.m.

This advancement of the court date is at the request of the defense as Mr. Belford is

desirous of being sentenced as soon as possible.  Additionally, all parties are in agreement as to

the appropriate sentence on Mr. Belford's case and plan to submit on probation's

recommendation.  Counsel for the government, as well as the United States Probation Officer

Marlene DeOrian, have no objection to the requested advancement.

/ / /

/ / /

1    Respectfully submitted,

2    PHILLIP A. TALBERT
     United States Attorney
3

4    DATED: December 5, 2016          By:    /s/ Kevin P. Rooney
                                              KEVIN P. ROONEY
5                                             Assistant United States Attorney
                                              Attorney for Plaintiff
6

7                                             HEATHER E. WILLIAMS
                                              Federal Defender
8

9

10   DATED: December 5, 2016          By:    /s/ Charles J. Lee
                                              CHARLES J. LEE
11                                            Assistant Federal Defender
                                              Attorneys for Defendant
12                                            JACOB BELFORD

13

14

15

16                                  **O R D E R**

17
     IT IS SO ORDERED.
18

19   Dated:    **December 5, 2016**          **/s/ Lawrence J. O'Neill**
                                              UNITED STATES CHIEF DISTRICT JUDGE
20

21

22

23

24

25

26

27

28