HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
JACOB BELFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JACOB BELFORD,<br><br>            Defendant. | Case No.  1:13-cr-00048 LJO-BAM-1<br><br>STIPULATION AND ORDER TO ADVANCE SENTENCING HEARING<br><br>DATE:   December 12, 2016<br>TIME:    8:30 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing on the supervised release violation in the above-captioned matter now set for December 19, 2016 may be advanced to December 12, 2016 at 8:30 a.m.

This advancement of the court date is at the request of the defense as Mr. Belford is desirous of being sentenced as soon as possible.  Additionally, all parties are in agreement as to the appropriate sentence on Mr. Belford's case and plan to submit on probation's recommendation.  Counsel for the government, as well as the United States Probation Officer Marlene DeOrian, have no objection to the requested advancement.

/ / /

/ / /

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: December 5, 2016    By:    /s/ Kevin P. Rooney
                                  KEVIN P. ROONEY
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: December 5, 2016    By:    /s/ *Charles J. Lee*
                                  CHARLES J. LEE
                                  Assistant Federal Defender
                                  Attorneys for Defendant
                                  JACOB BELFORD

**O R D E R**

IT IS SO ORDERED.

Dated:   **December 5, 2016**              /s/ Lawrence J. O'Neill
                                           UNITED STATES CHIEF DISTRICT JUDGE